1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

| | |
|---|---|
| 9 Harry Preston, | No. CV-14-02190-TUC-JAS |
| 10         Plaintiff, | **ORDER** |
| 11 v. | |
| 12 Freeport-McMoran Sierrita Incorporated, et al., | |
| 13 | |
| 14         Defendants. | |

15    The Court received a notice that the parties reached a settlement in principle, but

16  the record reflects that a stipulation of dismissal has not been filed.  If the parties have

17  settled the case, they shall file a stipulation of dismissal by 5/29/15; this may be

18  continued if the parties need more time.  However, if settlement has failed, the parties

19  shall file a notice forthwith such that the Court can proceed to address pending motions to

20  move this case forward.

21

22    Dated this 1st day of May, 2015.

23
24
25
26  Honorable James A. Soto
   United States District Judge
27
28